[Dowed7] [Order Withholding Entry of Discharge]

ORDERED.

Dated: August 9, 2023

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 3:23−bk−00383−JAF
                                                                       Chapter 7

Everte Foster Farnell Jr
dba AAA Animal Trapping

_____Debtor*_____/

### ORDER WITHHOLDING ENTRY OF DISCHARGE

   THIS CASE came on for consideration upon the Court's own motion to consider the entry of an appropriate order. The Court has considered the record and finds that:

   ☐  The Debtor has failed to pay the prescribed filing fee for this case in the amount of .

   ☑  An Order Disapproving Payment of the Filing Fees in Installments was entered on March 22, 2023 . The Debtor has failed to comply with the order by failing to remit the balance due in the amount of $ 338.00 pursuant to Fed. R. Bankr. P. 1006.

   ☑  The Debtor has not filed a certification about a financial management course required by 11 U.S.C. § 727(a)(11).

   ☐  The Debtor has failed to pay the $25.00 conversion fee as required by 28 U.S.C. § 1930(8.2) for a motion or notice of conversion to Chapter 7.

   Accordingly, it is

   **ORDERED:**

   1. The entry of a discharge in this case is withheld until such time as the Debtor cures the above−described deficiency pursuant to 11 U.S.C. § 105 of the Bankruptcy Code and/or Fed. R. Bank. P. 4004(c)(1)(G) (relating to fees not paid).

    2. The case will be reviewed for possible closing in thirty days, if appropriate. The Debtor's failure to cure the above–described deficiency prior to the case being closed will result in the case being closed without entry of a discharge.  If the Debtor later files a motion to reopen the case in order to cure the deficiency and to obtain a discharge, the Debtor will be required to pay a reopening fee in the amount prescribed by 28 U.S.C. § 1930(a) and Item (11) of the Bankruptcy Court Miscellaneous Fee Schedule.

    3. This order shall not be construed as an order either denying or granting a discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.