FILED
JACKSONVILLE, FLORIDA
OCT 18 2023

23-383  via email

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA





### UNITED STATES POSTAL SERVICE

DUNNELLON
11432 N. WILLIAMS ST
DUNNELLON, FL 34432-9998
(800)275-8777

10/18/2023                                 11:26 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

Jacksonville, FL 32202
Weight: 0 lb 0.20 oz
Estimated Delivery Date
Fri 10/20/2023
Certified Mail®                              $4.35
Tracking #:
70211970000221074797
Total                                        $5.01

Grand Total:                                 $5.01

Debit Card Remit                             $5.01
Card Name: VISA
Account #: XXXXXXXXXXXX1115
Approval #: 002611
Transaction #: 263
Receipt #: 051593
Debit Card Purchase: $5.01
AID: A0000000980840          Chip
AL: US DEBIT
PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 112385-0375
Receipt #: 840-53200241-4-7098605-2
Clerk: 14