

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/18/2023 01:30 PM

COURTROOM  4D, 4th Floor

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:23-bk-00383-JAF | 7 | 02/23/2023 |

**Chapter 7**

**DEBTOR:**   Everte Farnell

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Gregory Crews

**HEARING:**

Preliminary Hearing on Motion to Extend Time to Comply with   Order Withholding Entry of Discharge Filed by Debtor Everte Foster Farnell Jr Doc 38

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Preliminary Hearing on Motion to Extend Time to Comply with   Order Withholding Entry of Discharge Filed by Debtor Everte Foster Farnell Jr Doc 38

 GRANTED ORDER CREWS
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.